**Electronically Filed
Supreme Court
SCWC-13-0000107
13-OCT-2015
11:30 AM**

SCWC-13-0000107

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PHILIP CEDILLOS, Petitioner/Plaintiff/
Counterclaim Defendant-Appellant,

vs.

PATRICIA MASUMOTO, Respondent/Defendant/
Counterclaim Plaintiff-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000107; DC-CIVIL NO. 12-1-2171)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff/Counterclaim Defendant-Appellant Philip Cedillos's application for writ of certiorari filed on August 31, 2015, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, October 13, 2015.

Philip Cedillos                 /s/ Mark E. Recktenwald
petitioner pro se
                                /s/ Paula A. Nakayama
Matson Kelley
for respondent                  /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

                                /s/ Michael D. Wilson

